| | |
|---|---|
| In re **Phillip Kevin Yoder**<br>Debtor | Case No. 23-10177<br>Chapter 7 |

## Disclosure of Compensation of Attorney for Debtor

    1.    Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept  . . . . . . . . . . . $2050
    Prior to the filing of this statement I have received . . . . . $200
        I have also been paid $338 to cover the filing fee in this case.
    Balance Due  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1850

    2.    The source of the compensation paid to me was: Debtor's earnings.

    3.    The source of compensation to be paid to me is: Debtor's earnings.

    4.    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof.
    ~~d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters.~~
    ~~e.    [Other provisions as needed.]~~

    6.    By agreement with the debtor(s), the above fee does not include the following services:  <u>See attached fee agreement.</u>

U.S. Bankruptcy Court, District of Kansas
*In re Phillip Kevin Yoder,* case no. 23-10177
DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

## Certification

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

    Dated: March 8, 2023.

                                          Respectfully submitted,

                                          /s/ Martin J. Peck
                                          Martin J. Peck, #16273
                                          Security State Bank Building
                                          107 E. Harvey, Second Floor
                                          P.O. Box 236
                                          Wellington, KS 67152
                                          (620) 326-5997
                                          Fax (620) 326-6887
                                          peck@martinjpeck.com

# **Fee Agreement**

This is a Fee Agreement between Phillip Yoder ("Client") and Martin J. Peck ("Peck").

Client has retained Peck to represent Client in connection with evaluating whether to file a bankruptcy and the filing of that bankruptcy in the event Bankruptcy is determined to be in Clients' best interest.

Client understands that Peck's Base Fees for ordinary bankruptcies filed for people whose debts are primarily consumer debts are as follows:

> Chapter 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,150.00
> Chapter 13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,300.00

In the event Client's income is above the median income for their household size, the Base Fee will be increased by $600.00. In the event a fee is paid through the Chapter 13 plan (that, is, after the case is filed) or over time following a Chapter 7, the Base Fee will be increased by $300.00. If Client's situation warrants a different Base Fee, Client and Peck will discuss an appropriate fee, and Clients will have no obligation to pay a different fee unless that amount is agreed to in writing by Client and Peck. Fee arrangements for Chapter 11 (usually for business) and Chapter 12 (for farmers) bankruptcies will be specific to a particular client's situation and will be discussed by Client and Peck, and Client will have no obligation with respect to a particular fee until agreed to by Client and Peck. In the event no bankruptcy proceeding is filed, Client will pay Peck only his hourly rates set out below.

Clients also understand that they will be responsible for paying a filing fee to the court. Filing fees are presently as follows:

> Chapter 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $335.00
> Chapter 11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,717.00
> Chapter 12 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $275.00
> Chapter 13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $310.00

The Base Fee covers Peck's services in connection with bankruptcy filings and services ordinarily associated with those filings, including

    (i)    analysis of Clients' financial situation and rendering advice to Clients in determining whether to file a petition in bankruptcy;

    (ii) preparation and filing of any petition, schedules, statements of affairs and related documents; and representation of Clients at the meeting of creditors; and, if applicable

    (iii) representation of Clients at the initial confirmation hearing and one continuance thereof.

In the event any motions, adversarial actions, or other contested bankruptcy matters are filed, Clients will pay Peck his hourly rates for handling those matters.

Peck's rates are presently as follows:
    (1) for legal services, $225.00 per hour;
    (2) for Peck's out-of-town travel, if any, $100.00 per hour;
    (3) for paralegal services, $60.00 per hour;
    (4) for secretarial and support services, $25.00 per hour; and
    (5) for actual expenses incurred in connection with the representation, with the following at set rates: Photocopies at 10¢ per copy and mileage at 50¢ per mile.

Client appoints Peck as limited power of attorney to indorse checks payable to Client for the purpose of depositing those checks in Peck's trust account.

This Agreement and all of the amounts contained in this Agreement are current as of January 1, 2019, but Peck's standard Fee Agreement and Peck's rates and the filing fees occasionally will change, and that may happen without advance notice.

<u>Client will be granting Peck a lien against his residence in a separate mortgage document. Client and Peck agree that payments on Peck's fees and expenses will be at least $100 per month, and that so long as those payments are made, Client is not in default under this fee agreement as secured by the mortgage.</u>

_____
Client

_____
Martin J. Peck

Dated February 26, 2023

## Real Estate Mortgage

THIS MORTGAGE is made this 26th day of February 2023 by and between Phillip K. Yoder and Rebecca L. Yoder, husband and wife ("Mortgagors"), and Martin J. Peck ("Peck"). Mortgagors, in consideration of the sum of one dollar, the receipt of which is hereby acknowledged, and attorney fees owed to Peck by Phillip K. Yoder, do hereby mortgage to Peck, and his heirs, successors, and assigns, the following described property in Sumner County, Kansas:

> Block 5, Lots 16 and 17, C.R. Godfrey's Addition to the City of Wellington, all in Section 14, Township 32, Range 1 West,

which is commonly known as 402 E. Harvey, to secure payment of a fee agreement dated February 26, 2023, provided that the principal balance of the lien created by this Mortgage will not exceed $2,050. Mortgagors understand that Peck may foreclose this Mortgage if fees and expenses are not paid as agreed. Mortgagors further understand that nothing in this document implies personal liability to Peck by Rebecca L. Yoder, who is signing this Mortgage only because under Kansas law, married persons cannot effectively mortgage real estate without the consent of their spouse.

Dated February 26, 2023.

_____
Phillip K. Yoder

_____
Rebecca L. Yoder

### Acknowledgments

STATE OF KANSAS, SUMNER COUNTY, SS:
The foregoing instrument was acknowledged before me on this 3rd day of March 2023 by Phillip K. Yoder, husband of Rebecca L. Yoder.

_____
Notary Public

DONNA L. WALCHER
Notary Public - State of Kansas
My Appt. Expires 11-8-25

My appointment expires:

STATE OF KANSAS, SUMNER COUNTY, SS:
The foregoing instrument was acknowledged before me on this 1 day of March 2023 by Rebecca L. Yoder, wife of Phillip K. Yoder.

_____
Notary Public

LYNETTE TURNEY
Notary Public - State of Kansas
My Appt. Expires 12/08/2025

My appointment expires:

Return: Martin J. Peck, PO Box 236, Wellington, KS 67152